LISA DOUGLASS CSBN 269133
Stanford Community Law Clinic
2117 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 725-9200
Facsimile: (650) 324-4162
Email: ldouglass@law.stanford.edu

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JOHNSON, | CIVIL NO. 5:13-cv-03967-TO Y |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of 7 days up through and including June 17, 2014 in which to reply to Defendant's Opposition/Response. The current deadline for reply is June 10, 2014.

    Pursuant to Civil L.R. 6-2, the undersigned states the following:

(1) This extension is necessitated by a family medical emergency experienced by Plaintiff's attorney. Prior to this stipulated request, the parties sought and received one extension of 65 days due to Defendant's inadvertent late lodging of the administrative transcript.

(2) Pursuant to the Court's scheduling order (Doc. 3), the matter will be submitted for decision without oral argument, thus an extension of time will not require vacating a hearing date.

                                  Respectfully submitted,

1

5:13-cv-03967-TO Y ; Joint Stipulation and Order Extending Time

1
2                                             /s/ Lisa S Douglass
                                              LISA S. DOUGLASS
3                                             Attorney for Plaintiff

4   DATE: June 10, 2014

5

6
    Dated: June 10, 2014
7                                             _____
                                              JENNIFER L. TARN*
8                                             Assistant Regional Counsel
                                              Social Security Administration
9                                             (* by email authorization on June 10, 2014)

10

11

12          PURSUANT TO STIPULATION, IT IS SO ORDERED.

13
                                              *Ronald M. Whyte* (signature)
14  Dated: Î ⊞ì ⊞I                            _____
15                                            THE HONORABLE LUCY H. KOH
                                              UNOITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28
    2
    5:13-cv-03967-TO Y ; Joint Stipulation and Order Extending Time